DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BIG LEAGUE VENTURES, LLC,**
Appellant,

v.

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,**
Appellee.

No. 4D18-0733

[August 16, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE-2017-023567.

Jose P. Font and Adam Friedman of Font & Nelson, LLC, Fort Lauderdale, for appellant.

Patrick E. Betar, William S. Berk and Illon R. Kantro of Berk, Merchant & Sims, PLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***